No. 76, Misc.   STIZZA *v.* ESSEX COUNTY JUVENILE AND DOMESTIC RELATIONS COURT.   January 14, 1946.   The application is denied.

No. 77, Misc.   EUREKA GAS CO. *v.* FORD, U. S. DISTRICT JUDGE.   January 14, 1946.   The motion for leave to file a petition for a writ of mandamus is denied.   MR. JUSTICE REED took no part in the consideration or decision of this application.   *Mr. J. W. Jones* for petitioner.

No. 290.   HALLIBURTON OIL WELL CEMENTING CO. *v.* WALKER ET AL., DOING BUSINESS AS DEPTHOGRAPH COMPANY.   Argued January 9, 1946. Decided January 28, 1946.   *Per Curiam:* The judgment is affirmed by an equally divided Court.   *Mr. Earl Babcock* for petitioner.   *Mr. Harold W. Mattingly* for respondents.

No. 724.   MONKS *v.* LEE.   January 28, 1946.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a).   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied.   MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this case.   *Mr. Herbert S. Avery* for appellant.   *Mr. Robert E. Goodwin* for appellee.   See 318 Mass. 513, 62 N. E. 2d 657.

No. 725.   TWENTIETH CENTURY ASSOCIATES, INC. *v.* WALDMAN.